

1200 SEVENTEENTH STREET
SUITE 1150
DENVER, CO 80202
T 720 891 1000
F 720 891 1024

February 3, 2010

Clerk, US Bankruptcy Court
District of Colorado
721 19th Street
Denver, CO 80202-2508

Re: Adam Aircraft Industries, Inc., Bankr. No. 08-11751-MER, Adv. No. 10-01097-MER, United States Bankruptcy Court, District of Colorado

Dear Mr. Hartl:

This letter is a response to your Complaint dated January 15, 2010 regarding payments made to ViaWest, Inc. ("ViaWest") in the total amount of $76,590.88 from Adam Aircraft Industries, Inc. ("Adam Aircraft"), which you claim to be preferential transfers under 11 U.S.C. § 547.

As I am sure that you are aware, a trustee may not avoid a transfer under 11 U.S.C. § 547 to the extent the transfer was (A) payment of a debt incurred by the debtor in the ordinary course of business or financial affairs of the debtor and transferee; (B) made in the ordinary course of business or financial affairs of the debtor and transferee; and (C) made according to ordinary business terms. 11 U.S.C. § 547(c)(2).

Adam Aircraft was a Co-location customer of ViaWest's from April 30, 2002 through June 1, 2009. All debts incurred and payments made by Adam Aircraft in favor of ViaWest during that time, including during the 90-day pre-petition period, were made in the ordinary course of business and in accordance with ordinary business terms. Attached to this letter is a spreadsheet of all debts incurred and payments made by Adam Aircraft in favor of ViaWest while Adam Aircraft was a customer of ViaWest. As is evidenced by the attached spreadsheet, ViaWest regularly accepted payments from Adam Aircraft within thirty to sixty days following the invoice date for services rendered by ViaWest, and this pattern continued during the 90-day pre-petition period.

February 3, 2010
Page 2

Based on the enclosed information, the payments made to ViaWest by Adam Aircraft in the amount of $76,590.88 are not avoidable under 11 U.S.C. § 547.

Please feel free to contact me at (720) 891-2524 if you have any questions regarding the enclosed information.

Sincerely,

Erica Ehnle
Contracts Manager

Enclosure

## AAI Acquisition Statement on the Account

|  | Date | Check # | Total |
|---|---|---|---|
| Invoice | 5/29/2002 |  | $777.20 |
| Invoice | 6/1/2002 |  | $2,983.29 |
| **Payment** | **6/14/2002** | **2019** | **($2,983.29)** |
| **Payment** | **6/14/2002** | **2004** | **($777.20)** |
| Invoice | 7/1/2002 |  | $2,980.00 |
| **Payment** | **7/20/2002** | **2052** | **($2,980.00)** |
| Invoice | 8/1/2002 |  | $2,980.00 |
| Invoice | 9/3/2002 |  | $2,980.00 |
| **Payment** | **9/8/2002** | **2090** | **($5,960.00)** |
| Invoice | 10/1/2002 |  | $3,688.49 |
| **Payment** | **10/16/2002** | **2121** | **($3,688.49)** |
| Invoice | 11/1/2002 |  | $3,280.00 |
| **Payment** | **11/27/2002** | **2156** | **($3,280.00)** |
| Invoice | 12/2/2002 |  | $3,280.00 |
| **Payment** | **12/14/2002** | **2176** | **($3,280.00)** |
| Invoice | 1/2/2003 |  | $3,442.47 |
| **Payment** | **1/15/2003** | **2206** | **($3,442.47)** |
| Invoice | 2/3/2003 |  | $3,380.00 |
| **Payment** | **2/21/2003** | **2225** | **($3,380.00)** |
| Invoice | 3/3/2003 |  | $3,506.30 |
| **Payment** | **3/17/2003** | **2242** | **($3,506.30)** |
| Invoice | 4/1/2003 |  | $3,480.00 |
| **Payment** | **4/21/2003** | **2259** | **($3,480.00)** |
| Invoice | 5/1/2003 |  | $3,764.18 |
| **Payment** | **5/15/2003** | **2267** | **($3,480.00)** |
| Invoice | 6/2/2003 |  | $3,809.11 |
| Invoice | 7/1/2003 |  | $4,063.70 |
| **Payment** | **7/2/2003** | **2279** | **($3,543.29)** |
| Invoice | 8/1/2003 |  | $7,677.22 |
| **Payment** | **8/18/2003** | **2290** | **($3,978.15)** |
| Invoice | 9/2/2003 |  | $5,891.00 |
| **Payment** | **9/20/2003** | **2301** | **($7,531.18)** |
| Invoice | 10/1/2003 |  | $5,891.00 |
| **Payment** | **10/30/2003** | **2312** | **($6,026.55)** |
| Invoice | 11/3/2003 |  | $5,424.55 |
| **Payment** | **11/14/2003** | **11381** | **($5,891.00)** |
| Invoice | 12/1/2003 |  | $5,891.00 |
| **Payment** | **12/20/2003** | **11873** | **($5,891.00)** |
| Invoice | 1/2/2004 |  | $5,891.00 |
| **Payment** | **1/21/2004** | **12367** | **($5,891.00)** |
| Invoice | 2/1/2004 |  | $5,891.00 |
| **Payment** | **2/27/2004** | **12771** | **($5,891.00)** |
| Invoice | 3/1/2004 |  | $5,891.00 |

| | | | |
|---|---|---|---|
| **Payment** | 3/10/2004 | 12965 | ($5,891.00) |
| Invoice | 4/1/2004 | | $5,711.41 |
| **Payment** | 4/7/2004 | 13163 | ($5,891.00) |
| Invoice | 5/1/2004 | | $6,911.00 |
| Invoice | 6/1/2004 | | $6,875.00 |
| **Payment** | 6/3/2004 | 14040 | ($5,891.00) |
| **Payment** | 6/17/2004 | 14362 | ($5,991.00) |
| Invoice | 7/1/2004 | | $7,167.20 |
| **Payment** | 8/2/2004 | 14878 | ($5,891.00) |
| Invoice | 8/2/2004 | | $5,891.00 |
| Invoice | 9/1/2004 | | $5,931.65 |
| **Payment** | 9/10/2004 | 15546 | ($5,891.00) |
| Invoice | 10/1/2004 | | $5,890.00 |
| **Payment** | 10/14/2004 | 16294 | ($5,891.00) |
| Invoice | 11/1/2004 | | $7,027.10 |
| **Payment** | 11/24/2004 | 16687 | ($5,890.00) |
| Invoice | 12/1/2004 | | $3,840.95 |
| **Payment** | 12/6/2004 | 16893 | ($10,067.50) |
| **Payment** | 12/17/2004 | 17045 | ($7,027.10) |
| Invoice | 1/3/2005 | | $6,955.70 |
| **Payment** | 1/31/2005 | 17851 | ($7,021.15) |
| Invoice | 2/1/2005 | | $7,128.25 |
| Invoice | 3/1/2005 | | $9,528.18 |
| **Payment** | 3/11/2005 | 20290 | ($6,955.70) |
| **Payment** | 3/24/2005 | 20532 | ($8,760.48) |
| Invoice | 4/1/2005 | | $8,862.95 |
| Invoice | 5/2/2005 | | $10,851.39 |
| **Payment** | 5/13/2005 | 00021323 | ($8,537.75) |
| Invoice | 6/1/2005 | | $13,395.75 |
| **Payment** | 6/19/2005 | 21928 | ($8,841.20) |
| Invoice | 7/1/2005 | | $11,468.50 |
| **Payment** | 7/19/2005 | 2169 | ($11,009.92) |
| Invoice | 8/1/2005 | | $13,114.52 |
| **Payment** | 8/13/2005 | 23018 | ($11,350.50) |
| Invoice | 9/1/2005 | | $11,957.85 |
| **Payment** | 9/13/2005 | 23663 | ($14,640.84) |
| Invoice | 10/1/2005 | | $11,630.75 |
| Invoice | 10/3/2005 | | $148.75 |
| **Payment** | 10/22/2005 | 24603 | ($11,350.50) |
| Invoice | 11/1/2005 | | $17,633.44 |
| **Payment** | 11/9/2005 | 24883 | ($9,096.51) |
| Invoice | 12/1/2005 | | $14,113.32 |
| **Payment** | 12/21/2005 | 25397 | ($14,640.84) |
| **Payment** | 12/30/2005 | 25754 | ($17,633.44) |
| Invoice | 1/3/2006 | | $14,120.57 |
| **Payment** | 1/16/2006 | 25917 | ($14,113.32) |
| Invoice | 2/1/2006 | | $14,309.62 |

| Type | Date | Ref | Amount |
|---|---|---|---|
| Invoice | 3/1/2006 | | $15,122.97 |
| **Payment** | **3/6/2006** | **26837** | **($14,120.57)** |
| **Payment** | **3/15/2006** | **27040** | **($14,309.62)** |
| Invoice | 4/3/2006 | | $15,635.02 |
| Invoice | 5/1/2006 | | $16,794.97 |
| **Payment** | **5/3/2006** | **27843** | **($15,122.97)** |
| **Payment** | **5/23/2006** | **28146** | **($15,635.02)** |
| Invoice | 6/1/2006 | | $18,859.22 |
| **Payment** | **6/29/2006** | **28834** | **($16,794.97)** |
| Invoice | 7/3/2006 | | $14,726.72 |
| **Payment** | **7/24/2006** | **29422** | **($18,859.22)** |
| Invoice | 8/1/2006 | | $13,790.72 |
| **Payment** | **8/16/2006** | **29811** | **($14,374.72)** |
| Invoice | 9/1/2006 | | $14,154.72 |
| **Payment** | **9/29/2006** | **30582** | **($14,142.72)** |
| Invoice | 10/2/2006 | | $14,310.72 |
| Invoice | 11/1/2006 | | $16,518.72 |
| **Payment** | **11/2/2006** | **31324** | **($28,465.44)** |
| Invoice | 12/1/2006 | | $14,628.72 |
| **Payment** | **12/8/2006** | **32376** | **($16,518.72)** |
| Invoice | 1/2/2007 | | $14,784.72 |
| **Payment** | **1/24/2007** | **33233** | **($14,628.72)** |
| **Payment** | **2/1/2007** | **33398** | **($14,784.72)** |
| Invoice | 2/1/2007 | | $12,372.72 |
| Invoice | 3/1/2007 | | $15,072.72 |
| **Payment** | **3/15/2007** | **34374** | **($14,862.72)** |
| Invoice | 4/2/2007 | | $14,898.72 |
| **Payment** | **4/22/2007** | **34791** | **($12,582.72)** |
| Invoice | 5/1/2007 | | $18,664.72 |
| **Payment** | **5/22/2007** | **3539** | **($14,898.72)** |
| **Payment** | **5/31/2007** | **35778** | **($17,794.72)** |
| Invoice | 6/1/2007 | | $17,901.72 |
| **Payment** | **6/23/2007** | **36383** | **($18,771.72)** |
| Invoice | 7/2/2007 | | $16,701.41 |
| Invoice | 8/1/2007 | | $17,494.72 |
| **Payment** | **8/8/2007** | **37542** | **($16,701.41)** |
| Invoice | 9/4/2007 | | $17,566.72 |
| **Payment** | **9/11/2007** | **38401** | **($17,494.72)** |
| Invoice | 10/1/2007 | | $17,806.72 |
| **Payment** | **10/20/2007** | **39470** | **($17,566.72)** |
| Invoice | 11/1/2007 | | $22,629.22 |
| Invoice | 12/3/2007 | | $18,796.72 |
| **Payment** | **12/25/2007** | **40290** | **($17,377.72)** |
| **Payment** | **12/25/2007** | **40405** | **($18,451.72)** |
| Invoice | 1/2/2008 | | $18,964.72 |
| **Payment** | **1/15/2008** | **40727** | **($21,796.72)** |
| Invoice | 2/1/2008 | | $24,900.38 |

| | | | |
|---|---|---|---|
| Payment | 2/5/2008 | 40982 | ($18,964.72) |
| Invoice | 3/3/2008 | | $21,864.55 |
| Payment | 3/29/2008 | 115 | ($27,651.00) |
| Invoice | 4/1/2008 | | $13,195.77 |
| Payment | 4/7/2008 | 129 | ($20,109.21) |
| Invoice | 5/1/2008 | | $12,563.06 |
| Payment | 5/7/2008 | 1029 | ($21,992.55) |
| Payment | 6/2/2008 | 1345 | ($18,786.73) |
| Invoice | 6/2/2008 | | $18,686.73 |
| Invoice | 7/1/2008 | | $18,696.45 |
| Payment | 7/8/2008 | 1470 | ($18,696.45) |
| Invoice | 8/1/2008 | | $21,931.29 |
| Payment | 9/2/2008 | 1739 | ($18,615.74) |
| Invoice | 9/2/2008 | | $11,948.70 |
| Invoice | 10/1/2008 | | $15,090.25 |
| Payment | 10/7/2008 | 1953 | ($30,354.30) |
| Invoice | 11/3/2008 | | $16,021.88 |
| Payment | 11/22/2008 | 60306 | ($14,909.40) |
| Invoice | 12/1/2008 | | $15,004.87 |
| Payment | 12/13/2008 | 60357 | ($15,565.55) |
| Invoice | 1/2/2009 | | $15,439.85 |
| Payment | 1/17/2009 | 60424 | ($15,991.65) |
| Invoice | 2/2/2009 | | $15,017.75 |
| Payment | 2/21/2009 | 60483 | ($15,017.95) |
| Invoice | 3/2/2009 | | $14,909.00 |
| Payment | 3/14/2009 | 60531 | ($14,909.00) |
| Invoice | 4/1/2009 | | $14,909.00 |
| Payment | 4/16/2009 | 60603 | ($14,909.00) |
| Payment | 4/29/2009 | 60621 | ($44,727.00) |
| Invoice | 5/1/2009 | | $44,727.00 |
| **BALANCE:** | | | **$0.00** |