IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| ADAM AIRCRAFT INDUSTRIES, INC.<br>EIN: 161643299, | )<br>)<br>) | Case No. 08-11751 MER<br>Chapter 7 |
| Debtor. | )<br>) | |
| JEFFREY A. WEINMAN, as Chapter 7 Trustee, | )<br>) | |
| Plaintiff, | ) | |
| v. | ) | Adv. No. 10-1097 MER |
| VIAWEST, INC., f/k/a VIAWEST INTERNET SERVICES, INC., | )<br>)<br>) | |
| Defendant. | ) | |

## MOTION TO DISMISS ADVERSARY PROCEEDING

Jeffrey A. Weinman, as Chapter 7 Trustee (the "Trustee"), for the bankruptcy estate of Adam Aircraft Industries, Inc., for his Motion to Dismiss Adversary Proceeding (this "Motion") states:

1. On January 15, 2010, the Trustee filed his Complaint against defendant ViaWest, Inc., f/k/a/ ViaWest Internet Services, Inc. ("ViaWest") to avoid and recover certain transfers.

2. The Trustee and ViaWest subsequently entered into an agreement to resolve the claims and defenses related to the Trustee's Complaint. On August 11, 2011, the Court entered its Order Granting Motion to Approve Settlement Agreement (ViaWest), approving the parties' written settlement, after notice pursuant to L.B.R. 9013-1. The settlement agreement called for a single payment of $15,000.00 the estate, which the Trustee has received.

3.  Through this Motion, the Trustee requests that the Court dismiss this adversary proceeding pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41 in light of the approved settlement agreement and payment, with the parties to bear their own costs and attorneys' fees.

WHEREFORE, the Trustee respectfully requests entry of an order, a form of which is submitted with this Motion, dismissing this adversary proceeding and entering such other relief as deemed just and appropriate.

Dated this 29 day of September, 2011.

**LINDQUIST & VENNUM P.L.L.P.**

By: /s/ Theodore J. Hartl
Theodore J. Hartl, #32409
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: thartl@lindquist.com

Attorneys for Jeffrey A. Weinman, as Chapter 7 Trustee

## CERTIFICATE OF SERVICE

  It is hereby certified that on September 29, 2011 the foregoing **MOTION TO DISMISS ADVERSARY PROCEEDING** was served by U.S. Mail, first class postage prepaid to the parties identified below:

Chris Richardson
Davis Graham & Stubbs, LLP
1550 17th Street, Suite 500
Denver, CO  80202

/s/ Malinda Moss

3